IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MOSTAFA ZAHEDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-874 (LMB/IDD) |
| | ) | |
| KENNETH PLATEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On July 23, 2025, the Court entered an Order staying this civil action until January 23, 2026. [Dkt. No. 11]. As of the close of business on February 9, 2026, the Court has not received any update from the parties as to the status of this civil action. Accordingly, it is hereby

ORDERED that the parties file a joint status report by February 20, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 10th day of February, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge